Case: 26-5783 Document: 6-2 Filed: 10/05/2026 Page: 1 

RECEIVED
NOV 09 2026
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

TODD EDMONDS

v.

LOUISVILLE METRO GVT, ET AL

Case No: 26-5783 RGF

## MOTION FOR PAUPER STATUS

I move to waive the payment of the appellate filing fee under Fed. R. App. P. 24 because I am a pauper. This motion is supported by the attached financial affidavit.

The issues which I wish to raise on appeal are:

REASONABLE PRISON SEVERAL ACCESS ACCOMMODATE UNDER ADA LAW.

RELIGIOUS LAND USE AND INSTITUTIONALIZED PERSONS ACT.

Signed: Todd Edmonds

Date: OCT 16, 2026

Address: L.L.C.C. P.O.BOX 6
Lagrange, Ky, 40031

TODD EDWARD EDMONDS #174246
LUTHER LUCKETT CORRECTIONAL COMPLEX
P.O. BOX 6
LAGRANGE, KY, 40031




RECEIVED
NOV 09 2026
KELLY L. STEPHENS, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

45202398845 C023